Valerie H. Galek, Appellee, v. Richard L. Winters, Appellant, and Consolidated Biscuit Company, Defendant.

Gen. No. 44,912. 

Vogel & Bunge, for appellant; L. H. Vogel, George C. Bunge, and Kenneth H. Hanson, of counsel; Maurice M. Wasserman

and Leo S. Karlin, for appellee; Harrison L. Dod, of counsel. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full. Opinion filed May 3, 1950; released for publication May 23, 1950.